### 799. FISH *v.* THE STATE.

POWELL, J. Under the evidence and the statement of the defendant, it was proper that the court should submit to the jury instructions upon the offense of voluntary manslaughter; and the conviction of that offense is not entirely unsupported.        *Judgment affirmed.*

Conviction of manslaughter, from Miller superior court—Judge Worrill. September 7, 1907.

Submitted November 11,—Decided November 14, 1907.

*W. D. Sheffield,* for plaintiff in error. *J. A. Laing, solicitor-general, Reuben R. Arnold, J. B. Ridley,* contra